IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TINA STANE                                                                                    PLAINTIFFS

vs                                          4:13CV0020-BRW

SOUTHERN SERVICE SYSTEMS, INC.
and STEPHEN COBB                                                                    DEFENDANT

## ORDER

Pending is the Joint Motion to Dismiss (Doc. No. 4) filed by the parties.  After a review of the Motion, the Court finds that the Motion should be, and hereby is, GRANTED and this case is dismissed with prejudice, with each party bearing its own fees, costs, and expenses.

IT IS SO ORDERED this 20th day of February, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE


orddism.wprejudice